**Miles N. Ruthberg**
Direct Dial: +1.212.906.1200
miles.ruthberg@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

September 27, 2019

<u>**VIA ECF**</u>

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *In re General Elec. Sec. Litig.*, Case No. 19-cv-1013 (DLC)

Dear Judge Cote:

On behalf of Defendants General Electric Company ("GE"), John L. Flannery, Jamie S. Miller, Jan R. Hauser, Russell Stokes, Chuck Nugent, Scott Strazik, and Joe Mastrangelo (collectively, "Defendants"), we write pursuant to Rule 3.F. of Your Honor's Individual Practices to request that oral argument be held with respect to Defendants' Motion to Dismiss the Second Amended Complaint.

Respectfully submitted,

/s/ Miles N. Ruthberg

Miles N. Ruthberg
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)