AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  🔽

|  |  |
|---|---|
| In re General Electric Securities Litigation | ) ) ) ) ) |

Case No.   1:19-cv-01013-DLC

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Teachers' Retirement System of Oklahoma                                                                .

Date:      10/15/2019

/s/ Joel Laitman (S.D.N.Y Bar #8177)
*Attorney's signature*

Joel Laitman
*Printed name and bar number*
Cohen Milstein Sellers & Toll
88 Pine Street, 14th Floor
New York, NY 10005

*Address*

jlaitman@cohenmilstein.com
*E-mail address*

(212) 838-7797
*Telephone number*

(212) 838-7745
*FAX number*