# COHENMILSTEIN

Laura Posner<br>
(212) 220-2925<br>
lposner@cohenmilstein.com

October 25, 2019

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007-1312

Re:   *In re General Elec. Sec. Litig.*, No. 19-cv-1013 (DLC)

Dear Judge Cote:

We represent Lead Plaintiff in the above-referenced matter. Pursuant to Rule 3F of Your Honor's Individual Rules of Practice in Civil Cases, we write to request oral argument on Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint, which was filed with the Court today.

Respectfully submitted,

*/s/ Laura H. Posner*

Laura H. Posner

cc:   All counsel of record (via email and ECF)