UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
:
IN RE GENERAL ELECTRIC SECURITIES :
LITIGATION : 19cv1013 (DLC)
:
This document relates to the following : ORDER
actions: 19cv1013, 19cv1244 :
:
---------------------------------------X

DENISE COTE, District Judge:

On January 15, 2020, counsel for the defendants submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated: New York, New York
January 16, 2020

_____
DENISE COTE
United States District Judge