**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE GENERAL ELECTRIC SECURTIES
LITIGATION

This document relates to the following
actions: 19cv1013, 19cv1244
-------------------------------------------------------------X

19 **CIVIL** 1013 (DLC)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 7, 2020, Defendants' September 27, 2019 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

    May 8, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                                Clerk of Court
                             **BY:**
                                              _____
                                                   Deputy Clerk