# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

1:19-CV-1013 (DLC)

IN RE: GENERAL ELECTRIC SECURITIES LITIGATION

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Teachers' Retirement System of Oklahoma

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☒ order entered on: May 7, 2020 and May 8, 2020

(date that judgment or order was entered on docket)

that: granted Defendants' Motion to Dismiss the Second Amended Complaint (Opinion and Order of Judge Denise L. Cote, ECF No. 105, docketed May 7, 2020) and the Judgment (ECF No. 106, docketed May 8, 2020).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 3, 2020
Dated

Signature*

Reiser, Julie Goldsmith
Name (Last, First, MI)

| 1100 New York Ave, Suite 500 | Washington | DC | 20005 |
|---|---|---|---|
| Address | City | State | Zip Code |

(202) 408-4600                                          jreiser@cohenmilstein.com
Telephone Number                                   E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary. Rev. 12/23/13