```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE GENERAL ELECTRIC SECURITIES        :
LITIGATION                               :      19cv1013 (DLC)
                                         :
This document relates to the following   :      ORDER
actions: 19cv1013, 19cv1244              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In an Opinion and Order of May 7, 2020, the Court granted the defendants' motion to dismiss this case and directed the Clerk of Court to enter judgment for the defendants. On June 3, the plaintiffs filed a notice of appeal. On February 24, 2021, the mandate issued from the Court of Appeals' affirmance of the dismissal.

Under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), courts are required to make findings as to the compliance by all parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the conclusion of all private actions arising under the Securities Exchange Act of 1934. 15 U.S.C. § 78u-4(c); ATSI Commc'ns, Inc. v. Shaar Fund, Ltd., 579 F.3d 143, 152 (2d Cir. 2009). Accordingly, it is hereby

ORDERED that the plaintiff's submission regarding its compliance with Rule 11(b) is due **March 19, 2021.** Any response by the defendants is due **April 2.**

Dated:   New York, New York
         February 25, 2021

_____
DENISE COTE
United States District Judge