# COHEN MILSTEIN

Julie Goldsmith Reiser<br>
(202) 408-4600<br>
(202) 408-4699<br>
jreiser@cohenmilstein.com

April 13, 2021

*Via Electronic Filing*

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 100077

  Re: *In re General Electric Securities Litigation, 19-cv-1013 (DLC)*

Dear Judge Cote:

We represent Plaintiff in the above-referenced dismissed action. On March 19, 2021, we filed Plaintiff's Proposed Findings of Fact and Conclusions of Law Regarding Compliance with Federal Rule of Civil Procedure 11(b), in compliance with the Court's Order of February 25, 2021, ECF No. 109. On April 2, 2021, also in compliance with the Court's Order, Defendants filed a Response to Plaintiff's Rule 11(b) submission, ECF No. 111, in which Defendants now argue for sanctions. On April 7, 2021, the Court granted Plaintiff's motion for leave to file a Reply on or before April 16, 2021, ECF No. 113.

So that Plaintiff can respond fully to Defendants' sanctions arguments, which they had not previously raised, Plaintiff respectfully requests an extension of the page limit set forth in the Court's Individual Rules of Practice in Civil Cases. Plaintiff requests that it be permitted to file a Reply up to 23 pages in length.

Plaintiff's counsel has conferred with counsel for Defendants and they do not take a position on Plaintiff's request for an extension of the page limit. We thank Your Honor for your consideration of this matter.

Respectfully submitted,<br><br>
Julie Goldsmith Reiser